UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHESTER KIDD,                          )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )
                                       )
AIRBORNE EXPRESS, INC. a/k/a           )    Case No. 3:04-0768
AIRBORNE FREIGHT CORP. and             )    Judge Echols
DHL EXPRESS (USA), INC. a/k/a          )
DHL WORLDWIDE EXPRESS, INC.,           )
                                       )
        Defendants.                    )

<u>ORDER</u>

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment filed by Defendants Airborne Express, Inc. and DHL Express (USA), Inc. (Docket Entry No. 14) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE